**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6291**

---

BRINSTON WILSON,

                                   Petitioner - Appellant,

        versus

D. L. HOBBS, Warden of Federal Correctional
Institution-Jesup; UNITED STATES OF AMERICA,

                                   Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-00-3864-6-20-AK)

---

Submitted:  July 10, 2001          Decided:  September 11, 2001

---

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Brinston Wilson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brinston Wilson appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wilson v. Hobbs, No. CA-00-3864-6-20-AK (D.S.C. filed Jan. 29, 2001; entered Jan. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED